UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUHILA CASSINI,

     Plaintiff,                            Case No. 21-12567

v.                                     Honorable Nancy G. Edmunds

MARK ROTENBERG, *et al.*,

     Defendants.

_____/

**ORDER DIRECTING PLAINTIFF TO PAY FILING FEE OR SUBMIT
AN APPLICATION TO PROCEED IN FORMA PAUPERIS**

On November 1, 2021, Plaintiff Suhila Cassini filed her pro se complaint against a number of parties in this Court.  (ECF No. 1.)  Federal law provides that "[t]he clerk of each district court shall require the parties instituting any civil action . . . to pay a filing fee."  28 U.S.C. § 1914(a).  To ensure access to the courts, however, under 28 U.S.C. § 1915(a)(1), a court may authorize the commencement of a civil action without the prepayment of fees or costs ("in forma pauperis" or "IFP") if the applicant submits an affidavit demonstrating that he or she "is unable to pay such fees or give security therefor."

Here, Plaintiff failed to pay the filing fee or file an application seeking in forma pauperis standing.  Thus, the Court issued a deficiency notice and mailed it to Plaintiff along with an IFP application.  But Plaintiff has not yet corrected the deficiency. Accordingly, IT IS HEREBY ORDERED that Plaintiff shall, within ten (10) days of the date of this order, either (1) pay the $402.00 civil case filing fee in full or (2) file an application to proceed in forma pauperis supported by an affidavit or declaration complying with 28 U.S.C. § 1746.

1

Failure to timely comply with this order will result in the dismissal of this case.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: December 1, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 1, 2021, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager