UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUHILA CASSINI,

    Plaintiff,

v.

MARK ROTENBERG, *et al.*,

    Defendants.

_____/

Case No. 21-12567

Honorable Nancy G. Edmunds

**JUDGMENT**

In accordance with the Court's order entered this date,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's complaint and Defendant Mark Rotenberg's counterclaim are DISMISSED WITHOUT PREJUDICE, and this case is CLOSED.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: January 3, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 3, 2022, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager

1